ROOKER *v.* HANNAMAN.

Saturday,      APPEAL from the *Marion* Common Pleas.
December 7.
              *Per Curiam.*—Action by *Hannaman* against *Rooker*, on
promissory notes.   Issue; trial by the Court, and finding
and judgment for the plaintiff.

The record presents no question for our decision ; there
being no motion for a new trial, nor any valid exception
taken to any ruling of the Court below.

The judgment is affirmed, with 5 per cent. damages and
costs.

*T. D. & R. L. Walpole*, for the appellant.

*H. C. Newcomb* and *J. Tarkington*, for the appellee.